1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652

4  Attorneys for all Plaintiffs

5

6              **UNITED STATES DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8

9   TOM CAMPBELL,                          Case Number:
    DANIEL JENKS-BERRYMAN,
10  DECLAN LYNN,                           **5:25-cv-02850**
    ADITHYA NARAYANAN,
11  JAMES POAD,
    DAN SORAHAN,
12  ALAN SUTCH,
       individually and on behalf of
13     all others similarly situated,      **CLASS ACTION**

14        Plaintiff,

15  v.

16  HONEY SCIENCE, LLC,                    **STIPULATION   FOR   ORDER**
       a Delaware limited liability        **CHANGING    SPECIFIED   TIMES,**
17     company,                            **INCLUDING  MOTION  BRIEFING**
    PAYPAL, INC.,                          **DEADLINES**
18     a Delaware corporation, and         **[Civil L.R. 6-1, 6-2, 7-12];**
    DOES 1 through 50,                     **[proposed] ORDER THEREON**
19
20        Defendants.

21

22

23

24

25

26

27
                                           **5:25-cv-02850**
28  STIPULATION   FOR   ORDER   CHANGING   SPECIFIED   TIMES,
    INCLUDING MOTION BRIEFING DEADLINES [Civil L.R. 6-1, 6-2, 7-12];
    [proposed] ORDER THEREON  – PAGE 1

This Stipulation for Order Changing Specified Times, Including Motion Briefing Deadlines, is entered by and among all Plaintiffs (on the one hand), and both Defendants (on the other hand), pursuant to Civil L.R. 6-1, 6-2, and/or 7-12:

## **RECITALS**

A.    WHEREAS, Plaintiffs commenced this proposed class action in a Superior Court of California.

B.    WHEREAS, Defendants removed this action to this Court on Wednesday, 26 March 2025.

C.    WHEREAS, Plaintiffs do not concede federal subject-matter jurisdiction.

D.    WHEREAS, Plaintiffs' FAC proposes to bring this on behalf of users of a downloadable browser who are UK nationals who meet all criteria for class membership specified in Plaintiffs' FAC.

E.    WHEREAS, there is another proposed class action **(the "White Action")** styled, "White v. PayPal Holdings, Inc., *et al.*", which is proposed to be brought on behalf of users of the same downloadable browser who are US nationals.

F.    WHEREAS, the White Action has been ordered transferred from the Northern District of Florida to the above-captioned Court.

G.    WHEREAS, Defendants may later seek an order consolidating the White Action with the above-captioned civil action.

H.    WHEREAS, Plaintiff's position is that it would be highly inappropriate for the above-captioned civil action to be consolidated with any other action until it is known whether the instant action will remain in federal court, and, more importantly, whether the claims in ***both*** actions will be

1  adjudicated in a ***judicial*** forum (as Plaintiffs cannot know whether Defendants
2  will seek to compel arbitration in the White Action).

3      I.      WHEREAS, Defendants have requested additional time to file a
4  motion to dismiss Plaintiffs' FAC herein, and Plaintiffs are willing to grant that
5  extension, but only on the terms set forth *infra*.

6                                    **AGREEMENT**

7      NOW THEREFORE, the Parties hereby stipulate and agree as follows:

8      1.      Defendants shall have through and including Wednesday, 16 April
9  2025, within which to timely move to dismiss (or answer) Plaintiffs' FAC.

10     2.      Defendants shall not file any motion seeking any consolidation of the
11 above-captioned civil action with any other lawsuit until after Defendants' motion
12 to dismiss the Plaintiffs' FAC, and Defendants' response to the White Action
13 complaint, have been filed.

14     3.      Under no circumstances would Defendants seek any further
15 extension of the time within which to file a motion to dismiss (or answer to)
16 Plaintiff's FAC.

17     4.      Plaintiffs shall have through and including Wednesday, 14 May 2025,
18 within which to timely file their response to any pre-answer motion which
19 Defendants may file.

20     5.      Defendants shall have through and including Wednesday, 28 May
21 2025, within which to timely file any reply.

22 ///
23 ///
24 ///
25 ///
26 ///
27

28  **5:25-cv-02850**
**STIPULATION FOR ORDER CHANGING SPECIFIED TIMES,
INCLUDING MOTION BRIEFING DEADLINES [Civil L.R. 6-1, 6-2, 7-12];
[proposed] ORDER THEREON – PAGE 3**

Dated: 28 March 2025

Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652

/s/ David J. Gallo
By:    David J. Gallo,
California Bar No. 127722
Attorneys for all Plaintiffs

PAUL F. RUGANI
CLEMENT S. ROBERTS
GEOFFREY MOSS
**ORRICK, HERRINGTON &
   SUTCLIFFE, LLP**
2050 MAIN STREET, SUITE 1100
IRVINE, CALIFORNIA  92614
Telephone: (949) 567-6700

/s/ Paul F. Rugani
By:    Paul F. Rugani,,
California Bar No. 342647
Attorneys for Defendants, HONEY
SCIENCE, LLC, and PAYPAL, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, David J. Gallo, hereby attest that each of the other Signatories have concurred in the filing of this document.

***/s/ David J. Gallo***

By:    David J. Gallo

**ORDER ON STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. P. CASEY PITTS, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**5:25-cv-02850**
**STIPULATION FOR ORDER CHANGING SPECIFIED TIMES, INCLUDING MOTION BRIEFING DEADLINES [Civil L.R. 6-1, 6-2, 7-12]; [proposed] ORDER THEREON – PAGE 4**