UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOM CAMPBELL, et al.,

    Plaintiffs,

v.

HONEY SCIENCE, LLC, et al.,

    Defendants.

Case No. 25-cv-02850-PCP

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to *In re PayPal Honey Browser Extension Litigation*, 5:24-cv-09470-BLF.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____
P. CASEY PITTS
United States District Judge