| | |
|---|---|
| 1 | PAUL F. RUGANI (SBN 342647) |
| 2 | prugani@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255 |
| 4 | Telephone:    +1 949 567 6700<br>Facsimile:     +1 949 567 6710 |
| 5 | RICHARD JACOBSEN (admitted pro hac vice) |
| 6 | rjacobsen@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 51 West 52nd Street<br>New York, NY  10019-6142 |
| 8 | Telephone:    +1 212 506 5000<br>Facsimile:     +1 212 506 5151 |
| 9 | CLEMENT S. ROBERTS (SBN 209203) |
| 10 | croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | The Orrick Building<br>405 Howard Street |
| 12 | San Francisco, CA 94105-2669<br>Telephone:    +1 415 773 5700 |
| 13 | Facsimile:     +1 415 773 5759 |
| 14 | Attorneys for Defendants<br>Honey Science, LLC and PayPal, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, DANIEL JENKS-BERRYMAN, DECLAN LYNN, ADITHYA NARAYANAN, JAMES POAD, DAN SORAHAN, ALAN SUTCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC, a Delaware limited liability company, PAYPAL, INC., a Delaware corporation, and DOES 1 through 50,<br><br>Defendants. | Case No. 5:25-cv-02850-PCP<br><br>**DECLARATION OF JULIAN CHAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    June 26, 2025<br>Time:   10:00 AM<br>Dept:    Courtroom 8, 4th Floor<br>Judge:  Hon. P. Casey Pitts |

I, Julian Chan, declare as follows:

1. I am an employee of PayPal Holdings, Inc. ("PayPal"), the defendant in the above-captioned matter. I submit this declaration in support of PayPal's Motion to Dismiss. This declaration is based upon my personal knowledge of the facts set forth herein and my review of company records. If called upon to testify as to the facts herein, I could and would competently testify to them under oath. To the extent this declaration is based on business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of PayPal to maintain such records.

2. I have worked at PayPal since June of 2021 and currently hold the position of Senior Product Manager - Technical.

3. I am familiar with the sign up flow process associated with creating a Honey account.

4. Attached hereto as Exhibit 1 is a true and correct copy of screenshots depicting the sign up flow process a new user encounters when registering for a Honey account in the UK.

5. Attached hereto as Exhibit 2 is a true and correct copy of the publicly available UK Terms of Use available at https://www.joinhoney.com/terms/eu.

6. When a new user registers for a Honey account in the UK, the user is prompted to complete a standardized registration process on Honey's website.

7. First, the user downloads the Honey browser extension. Upon successfully downloading the extension, a screen appears giving the user the option to create an account through PayPal, Google, Apple, or by registering an email address.

8. A user will only provide Honey an email address if they are signing up for an account.

9. Regardless of which mechanism a user deploys to create an account, the final screen before completing registration includes a check box certifying that the user agrees to the following terms:

1  I have read and agree to the Honey Terms of Service and Privacy Policy. I understand that
2  to continue, PayPal will share name and email address with Honey.
3      10.    The Terms of Use ("TOU") are hyperlinked directly adjacent to the check box.
4      11.    A new user cannot register an account without agreeing to the TOU at the time of
5  sign up.

7  I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.
9  Executed April 16, 2025 in Los Angeles, CA.

12 Dated: April 16, 2025

By: _____
        Julian Chan

- 2 -

DECLARATION OF JULIAN CHAN
ISO DEFENDANTS' MOTION TO
DISMISS
5:25-cv-02850-PCP