# EXHIBIT 1

chromewebstore.google.com/detail/honey-automatic-coupons-r/bmnlcjabgnpnenekpadlanbbkooimhnj?hl=e...
Verify it's you
chrome web store
Search extensions and themes
Discover
Extensions
Themes
Honey: Automatic Coupons & Rewards
www.joinhoney.com
Featured
4.6 ★ (179.7K ratings)
Share
Extension
Shopping
16,000,000 users
Add "Honey: Automatic Coupons & Rewards"?
It can:
Read and change all your data on all websites
Cancel
Add extension
honey
Trusted by millions to help save time and money
Shop with confidence with our suite of shopping tools.
Testing Codes...
Your shopping cart
You saved $20.24
FIND SAVINGS
Find coupons on 30,000+ sites
Honey applies promo codes for you automatically.

joinhoney.com/welcome
Verify it's you
PayPal honey
The last step is a big deal
Congrats! PayPal Honey is installed. Unlock more features and get access to exclusive rewards by creating a free account.
If you linked Honey with your PayPal account, make sure to use Log in with PayPal.
Join with PayPal
or
Sign in with Google
Join with Apple
Join with Email
Already a member? Log in
I'll sign up later
We Value Your Privacy
SETTINGS
NextRoll, Inc. ("NextRoll") and our 19 advertising partners use cookies and similar technologies on this site and use personal data (e.g., your IP address). If you consent, the cookies, device identifiers, or other information can be stored or accessed on your device for the purposes described below. You can click "Allow All" or "Decline All" or click Settings above to customise your consent regarding the purposes and features for which your personal data will be processed and/or the partners with whom you will share personal data.
NextRoll and our advertising partners process personal data to: • Store and/or access information on a device; • Create a personalised content profile; • Select personalised content; • Personalised advertising, advertising measurement, audience research and services development; • Services development. For some of the purposes above, our advertising partners: • Use precise geolocation data. Some of our partners rely on their legitimate business interests to process personal data. View our advertising partners if you wish to provide or deny consent for specific partners, review the purposes each partner believes they have a legitimate interest for, and object to such processing.
If you select Decline All, you will still be able to view content on this site and you will still receive advertising, but the advertising will not be tailored for you. You may change your setting whenever you see the on this site.
DECLINE ALL
ALLOW ALL

joinhoney.com/welcome
Verify it's you
PayPal honey
The last step is a big deal
Congrats! PayPal Honey is installed. Unlock more features and get access to exclusive rewards by creating a free account.
Join with Email
Email
Password
Upper and lowercase letters
Between 8 and 64 characters
Contains a number and a symbol
I have read and agree to the Honey Terms of Service and Privacy Policy. I understand that to continue, PayPal will share name and email address with Honey.
I would like to receive news and offers from Honey by email. I understand that I can change my communication preferences in my Honey account at any time.
This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.
Agree & Complete Sign Up
Already a member? Log in
I'll sign up later







