| | |
|---|---|
| 1 | PAUL F. RUGANI (SBN 342647) |
| 2 | prugani@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255 |
| 4 | Telephone:   +1 949 567 6700<br>Facsimile:    +1 949 567 6710 |
| 5 | RICHARD JACOBSEN (admitted pro hac vice) |
| 6 | rjacobsen@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 51 West 52nd Street<br>New York, NY  10019-6142 |
| 8 | Telephone:   +1 212 506 5000<br>Facsimile:    +1 212 506 5151 |
| 9 | CLEMENT S. ROBERTS (SBN 209203) |
| 10 | croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | The Orrick Building<br>405 Howard Street |
| 12 | San Francisco, CA 94105-2669<br>Telephone:   +1 415 773 5700 |
| 13 | Facsimile:    +1 415 773 5759 |
| 14 | Attorneys for Defendants<br>Honey Science, LLC and PayPal, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, DANIEL JENKS-BERRYMAN, DECLAN LYNN, ADITHYA NARAYANAN, JAMES POAD, DAN SORAHAN, ALAN SUTCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC, a Delaware limited liability company, PAYPAL, INC., a Delaware corporation, and DOES 1 through 50,<br><br>Defendants. | Case No. 5:25-cv-02850-PCP<br><br>**PAYPAL'S NOTICE OF INTENT TO RELY ON FOREIGN LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 44.1**<br><br>Date:   June 26, 2025<br>Time:   10:00 AM<br>Dept:   Courtroom 8, 4th Floor<br>Judge:  Hon. P. Casey Pitts |

Honey Science, LLC and PayPal, Inc. (together, "PayPal") hereby give notice to Plaintiffs and to the Court of their intent, pursuant to Federal Rule of Civil Procedure 44.1, to rely on international law. In particular, PayPal gives notice that it intends to rely on English Law. Accordingly, PayPal respectfully requests the Court consider Exhibit A, the Declaration of Simon Willis Regarding English Law in Support of Defendants' Motion to Dismiss ("Willis Declaration"). PayPal submits this notice because, as reflected in the First Amended Complaint ("FAC"), Plaintiffs are Honey members who necessarily agreed to the Honey Terms of Use ("TOU") when signing up as members. Having asserted contract-based claims, Plaintiffs necessarily incorporated the TOU by reference into the FAC. As applied to these Plaintiffs, the TOU adopt the laws of England and Wales as controlling law for purposes of both the TOU and Plaintiffs' relationship with PayPal more broadly. As such, the enforceability of the TOU and the viability of Plaintiffs' claims should be analyzed under English law.

Under Federal Rule of Civil Procedure 44.1, "[a] party who intends to raise an issue about a foreign country's law must give notice by a pleading or other writing. In determining foreign law, the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence. The court's determination must be treated as a ruling on a question of law." Fed. R. Civ. P. 44.1.

As recently stated by the Ninth Circuit, Rule 44.1 "unshackles courts and litigants from the evidentiary and procedural requirements that apply to factual determinations." *de Fontbrune v. Wofsy*, 838 F.3d 992, 998 (9th Cir. 2016), *as amended on denial of reh'g and reh'g en banc* (Nov. 14, 2016) (holding that the court did not err in considering the declaration on the content of French law in ruling on defendant's 12(b)(6) motion). Accordingly, the Court may consider declarations of foreign law at the motion to dismiss stage. Thus, PayPal respectfully requests that the Court consider the Willis Declaration, attached as Exhibit A.

NOTICE OF INTENT TO RELY ON
FOREIGN LAW
5:25-cv-02850-PCP

Dated: April 16, 2025

By: */s/ Paul F. Rugani*
PAUL F. RUGANI