UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY FITZGERALD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-02993-EKL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable P. Casey Pitts for consideration of whether the case is related to *Campbell v. Honey Science, LLC*, 5:25-cv-02850-PCP.

**IT IS SO ORDERED.**

Dated: June 23, 2025

_____
EUMI K. LEE
United States District Judge