UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HONEY SCIENCE, LLC, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-02850-PCP<br><br>**ORDER SETTING RESPONSE DEADLINE TO POTENTIAL CASE RELATION**<br><br>Re: Dkt. No. 35 |

　　　This Court is considering relating Case No. 25-cv-02993-EKL and Case No. 5:25-cv-02850-PCP. *See* Dkt. No. 35. The parties are ordered to file any response to the proposed relation of these two cases by no later than June 27, 2025.

　　　**IT IS SO ORDERED.**

Dated: June 25, 2025

P. Casey Pitts
United States District Judge