UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYPAL HOLDINGS INC, et al.,<br><br>        Defendants. | Case No. 25-cv-04884-NW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable P. Casey Pitts for consideration of whether the case is related to *Campbell v. Honey Science, LLC*, 5:25-cv-02850-PCP.

**IT IS SO ORDERED.**

Dated: July 1, 2025

                                                Noël Wise<br>
                                                United States District Judge