1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652

4  Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL,<br>DANIEL JENKS-BERRYMAN,<br>DECLAN LYNN,<br>ADITHYA NARAYANAN,<br>JAMES POAD,<br>DAN SORAHAN,<br>ALAN SUTCH,<br>   individually and on behalf of<br>   all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC,<br>   a Delaware limited liability<br>   company,<br>PAYPAL, INC.,<br>   a Delaware corporation, and<br>DOES 1 through 50,<br><br>       Defendants. | Case Number:<br><br>**5:25-cv-02850**<br><br><br>**CLASS ACTION**<br><br><br>**SPECIFICATION OF DISCOVERY AT ISSUE**<br><br>CASE MANAGEMENT CONFERENCE:<br><br>   Date: 07 AUG 25<br>   Time: 10:00 a.m.<br>   Judge: Hon. P. Casey Pitts<br>   Place: Courtroom 8, 4th Floor<br>       280 South First Street<br>       San Jose, CA  95113 |

---

5:25-cv-02850

SPECIFICATION OF DISCOVERY AT ISSUE – PAGE 1

This Specification of Discovery at Issue is filed on behalf of all Plaintiffs:

The parties' Joint Case Management Statement explains that the parties disagree whether Defendants should be required to respond to jurisdictional discovery served by Plaintiffs. (*See, ex rel.,* ECF No. 44, at pdf page 2, lines 12-13, 5:10-14, and 7:22-25.) Plaintiffs believe it may be helpful for the Court to have before it the text of the four (4) interrogatories, and the two (2) requests for production at issue. They are as follows:

**INTERROGATORY NO. 1:**

Please state all facts (including facts supporting any assumptions) which support your contention that there are more than ninety-nine (99) people who meet all six (6) of the following criteria: (a) UK citizens; (b) UK residents; (c) who downloaded the *Honey* browser extension within the UK; (d) who, after 1 January 2020, used it to seek the "best" discount codes and coupons; (e) purchased an item but did not receive the lowest available price when they purchased it; (f) because of an agreement between Defendants and one or more of their "Partner" vendors which allowed the "Partner" vendors to have control over which otherwise-available coupons and discount codes would be located and applied through the *Honey* browser extension.

**INTERROGATORY NO. 2:**

Please IDENTIFY at least ninety-nine (99) people (who may include the named Plaintiffs) whom you contend meet all six (6) of the following criteria: (a) UK citizens; (b) UK residents; (c) who downloaded the *Honey* browser extension within the UK; (d) who,

after 1 January 2020, used it to seek the "best" discount codes and coupons; (e) purchased an item but did not receive the lowest available price when they purchased it; (f) because of an agreement between Defendants and one or more of their "Partner" vendors which allowed the "Partner" vendors to have control over which otherwise-available coupons and discount codes would be located and applied through the *Honey* browser extension.  For purposes of this Interrogatory, the term, "IDENTIFY", shall mean to state the person's name, last known e-mail address, and last-known phone number.

**INTERROGATORY NO. 3:**

Please state all facts (including facts supporting any assumptions) which support your contention that the matter in controversy in this action exceeds the sum or value of $5,000,000, exclusive of interest and costs.

**INTERROGATORY NO. 4:**

Please IDENTIFY each person who has knowledge of any facts (including facts supporting any assumptions) which support your contention that the matter in controversy in this action exceeds the sum or value of $5,000,000, exclusive of interest and costs.  For purposes of this Interrogatory, "IDENTIFY" shall mean to state the person's full name, the name of the person's employer, the person's job title, the city in which the person was last known to be employed, and address at which a deposition or trial subpoena may be served.

**REQUEST FOR PRODUCTION NO. 1:**

DOCUMENTS which support your contention that there are more than ninety-nine (99) people who meet all six (6) of the following criteria: (a) UK citizens; (b) UK residents; (c) who downloaded the *Honey* browser extension within the UK; (d) who, after 1 January 2020, used it to seek the "best" discount codes and coupons; (e) purchased an item but did not receive the lowest available price when they purchased it; (f) because of an agreement between Defendants and one or more of their "Partner" vendors which allowed the "Partner" vendors to have control over which otherwise-available coupons and discount codes would be located and applied through the *Honey* browser extension.

**REQUEST FOR PRODUCTION NO. 2:**

DOCUMENTS which support your contention that the matter in controversy in this action exceeds the sum or value of $5,000,000, exclusive of interest and costs.

Dated: 28 July 2025          Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652

          /s/ David J. Gallo
By:   David J. Gallo,
       California Bar No. 127722
       Attorneys for all Plaintiffs