# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL,<br>DANIEL JENKS-BERRYMAN,<br>DECLAN LYNN,<br>ADITHYA NARAYANAN,<br>JAMES POAD,<br>DAN SORAHAN,<br>ALAN SUTCH,<br>　　individually and on behalf of<br>　　all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC,<br>　　a Delaware limited liability<br>　　company,<br>PAYPAL, INC.,<br>　　a Delaware corporation, and<br>DOES 1 through 50,<br><br>　　Defendants. | Case Number:<br><br>**5:25-cv-02850**<br><br><br>**CLASS ACTION**<br><br><br>**ORDER ON ADMINISTRATIVE MOTION REQUESTING PERMISSION TO APPEAR REMOTELY AT 7 AUGUST 2025 MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>As Modified |

CAME ON to be considered the Administrative Motion of all Plaintiffs seeking leave for their counsel to appear remotely at the 7 August 2025 hearing on Defendants' Motion to Dismiss, and Case Management Conference.

The Court hereby GRANTS Plaintiffs' counsel leave to appear remotely. All parties shall appear remotely via videoconference at 2:00PM PT on August 7, 2025 for the hearing on Defendant's Motion to Dismiss, and the Case Management Conference.

Dated: July 31, 2025

HON. P. CASEY PITTS, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

5:25-cv-02850
ORDER ON ADMINISTRATIVE MOTION REQUESTING PERMISSION TO APPEAR REMOTELY AT 7 AUGUST 2025 MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE – PAGE 2