# **EXHIBIT 1**

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:    +1 949 567 6700
Facsimile:    +1 949 567 6710

RICHARD JACOBSEN (admitted pro hac vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
Honey Science, LLC and PayPal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, DANIEL JENKS-BERRYMAN, DECLAN LYNN, ADITHYA NARAYANAN, JAMES POAD, DAN SORAHAN, ALAN SUTCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC, a Delaware limited liability company, PAYPAL, INC., a Delaware corporation, and DOES 1 through 50<br><br>Defendants. | Case No. 5:25-cv-02850-PCP<br><br>**DECLARATION OF OWEN SPERLING IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING CAFA SUBJECT-MATTER JURISDICTION** |

I, Owen Sperling, declare as follows:

1. I am an employee of PayPal, Inc. ("PayPal"), a defendant in the above-captioned matter. I submit this declaration in support of PayPal's Supplemental Brief Regarding CAFA Subject Matter Jurisdiction. Except where my knowledge is based on my review of PayPal's records and documents regularly maintained in the ordinary course of business, I have personal knowledge of the facts in this declaration and could competently testify to them if I am called as a witness.

2. I have worked at PayPal since October 2022 and currently hold the position of Senior Manager, Product Management. I lead Product for PayPal Honey. During my tenure, my job responsibilities have included, among other things, defining strategy for PayPal Honey, managing the performance of the business, maintaining the product roadmap, and leading a cross-functional team to execute on our priorities. Prior to my current role, I was a Senior Manager on the Shopping & Rewards team which included PayPal Honey in its scope, though my focus was primarily on Rewards experiences in PayPal.

3. I am familiar with PayPal's systems for accessing data concerning customer download and usage of the Honey Browser Extension. Our user engagement data, which includes user interactions like app download, registration, and coupon testing, is stored in BigQuery. Our analytics team ran queries and secured the data outputs that follow below. Use of the analytics team to secure this information and the processes by which they did so are the same processes PayPal employs for earnings memos and other routine business inquiries.

4. As of the date of this declaration, the Honey browser extension has approximately 42.2 million users globally, who were active within the 12 month period from August 2024 to July 2025. Of these, approximately 5.12 million users are from the U.K. based on their IP addresses.

5. In the last 12 months, approximately 490,000 users in the UK, based on their IP addresses, installed the Honey browser extension.

6. Since January 1, 2020, 6.8 million users in the UK, based on their IP addresses, engaged with the Honey browser extension to search for savings.

7. I can confirm that Honey's Frequently Asked Questions on its website advise all partner merchants, "you have control over the content hosted on the Honey platform" and if they would like to update the codes and promotions currently hosted by Honey, they can reach out to merchantsupport@joinhoney.com. This information has been disclosed on the Honey website since at least the start of my tenure at PayPal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Chicago, Illinois on August 7, 2025.

_____
Owen Sperling