1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652

4  Attorneys for all Plaintiffs

5

6  # UNITED STATES DISTRICT COURT

7  # NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  TOM CAMPBELL, DANIEL JENKS-BERRYMAN, DECLAN LYNN, ADITHYA NARAYANAN, JAMES POAD, DAN SORAHAN, ALAN SUTCH, individually and on behalf of all others similarly situated, | Case Number: **5:25-cv-02850** |

Plaintiff,

v.

HONEY SCIENCE, LLC,
   a Delaware limited liability company,
PAYPAL, INC.,

   Defendants.

**CLASS ACTION (Plaintiff Class, Cal.Code Civ.Proc., § 382)**

**SECOND AMENDED COMPLAINT FOR RECOVERY OF RESTITUTION**

ACTION FILED:

   20 FEBRUARY 2025

TRIAL DATE:

   Not set.

1

## JURISDICTION

2 1. On 28 August 2025, this Court found and/or concluded that the

3 Defendants (identified below) have plausibly alleged that this Court has subject-

4 matter jurisdiction over the above-captioned civil action. (*See,* ECF No. 57, at

5 3:12.)  Plaintiffs (identified below) do not concede that this Court has subject-

6 matter jurisdiction over the above-captioned civil action.

7

## VENUE

8

9 2. Venue of this civil action is properly fixed in the Northern District of

10 California, pursuant to Title 28, U.S.C., Section 1391(b).

11

## DIVISIONAL ASSIGNMENT

12 3. Plaintiffs are informed and believe, and on such basis aver, that all,

13 or at least a substantial part, of the events and/or omissions giving rise to the

14 claims asserted herein occurred within the County of Santa Clara, California.

15 (*Cf.:* Civil L.R. 3-2(c).)

16

## PARTIES

17 4. Plaintiff, Tom Campbell **(hereinafter "Campbell"),** has at all times

18 been an individual citizen and resident of the United Kingdom of Great Britain

19 and Northern Ireland **(hereinafter the "UK").**

20 5. Plaintiff Daniel Jenks-Berryman **(hereinafter "Jenks-**

21 **Berryman"),** has at all times been an individual citizen and resident of the UK.

22 6. Plaintiff, Declan Lynn **(hereinafter "Lynn"),** has at all times been

23 an individual citizen and resident of the UK.

24 7. Plaintiff, Adithya Narayanan **(hereinafter "Narayanan"),** has at

25 all times been an individual citizen and resident of the UK.

26 8. Plaintiff, James Poad **(hereinafter "Poad"),** has at all times been

27

28

an individual citizen and resident of the UK.

9.     Plaintiff, Dan Sorahan **(hereinafter "Sorahan"),** has at all times been an individual citizen and resident of the UK.

10.     Plaintiff, Alan Sutch **(hereinafter "Sutch"),** has at all times been an individual citizen and resident of the UK.

11.     Defendant, Honey Science, LLC **(hereinafter "Science"),** is a for-profit limited liability company organized and existing pursuant to the laws of the State of Delaware, whose principal place of business is within the County of Santa Clara in State of California; Science is therefore a citizen of California.

12.     Defendant, PayPal, Inc. **(hereinafter "PayPal"),** is a for-profit corporation organized and existing pursuant to the laws of the State of Delaware, whose principal place of business is within the County of Santa Clara in State of California; PayPal is therefore a citizen of California.

## CLASS ALLEGATIONS

13.     The averments of fact which are contained within certain Paragraphs of this Complaint are made upon information and belief, which may be grounded in whole or in part upon matter discovered through investigation conducted by the undersigned counsel.

14.     Prior to January of 2020, an entity which is not a party to this Action owned and operated a business known as *Honey*.

15.     At all times relevant hereto, the *Honey* business provides a browser extension: it is downloadable free software that modifies a user's web browser.

16.     At all times relevant hereto, the *Honey* browser extension has been downloadable from a website **(hereinafter the "*Honey* Website")** whose Internet address, or URL, is www.joinhoney.com

17.     As far back as 2018, the *Honey* Website promised to prospective

*Honey* users that, if the user installs the *Honey* browser extension, whenever the user seeks to purchase an item through a vendor's website, the *Honey* browser extension will automatically search the Internet for the "best" coupons and discount codes, and will apply them to the *Honey* user's purchase to provide the *Honey* user with the lowest possible price, *i.e.,* "… the biggest savings …"

18.    The words of the *Honey* Website, as of 20 December 2018, have included:

"If there's a better price, **we'll find it**.

"Stop wasting money – Honey finds you the Internet's **best** discount codes.

\*        \*        \*

"We'll find **every** working promo code online.

\*        \*        \*

"We'll apply the code with **the biggest savings.** …"

(*See,* Exhibit "A", *post.* [Emphasis added.])[1]

19.    In January of 2020, PayPal acquired the *Honey* business, and PayPal has owned and operated it from January, 2020, to present. (*See, ex rel.,* Exhibit "B", *post.*)[2]

20.    At the time PayPal acquired the *Honey* business, PayPal was fully aware of the statements which had theretofore been made through the *Honey*

---

[1]     *See:*
https://web.archive.org/web/20181220043625/https://www.joinhoney.com/

[2]     *See, ex rel.,* PayPal's parent company's SEC Form 10-K, filed 06 February 2020, at:
https://www.sec.gov/Archives/edgar/data/1633917/000163391720000028/pypl201910-k.htm

Website, and PayPal fully intended to adopt and benefit from those statements, including those quoted above from Exhibit "A", *post.*

21.    From and after January of 2020, PayPal has been the owner and operator of the *Honey* Website.  (*See, ex rel.,* Exhibit "C", *post.*)[3]

22.    From and after January of 2020, PayPal has expended substantial sums of money to drive traffic to the *Honey* Website, from which consumers can download the *Honey* browser extension into their phone, laptop, or box computer.

23.    PayPal's efforts to drive traffic to the *Honey* Website have included advertisements and influencer campaigns directed to UK nationals. (An example of an influencer campaign would be PayPal providing compensation to an Internet personality, or "influencer", trusted by the public at large to recommend the *Honey* is a browser extension, and to direct members of the public to the *Honey* Website.)

24.    When a person in the UK accesses the *Honey* Website from the UK, they are accessing the same *Honey* Website that would be accessed by a U.S. person from the United States; the *Honey* Website detects the location of the person accessing the *Honey* Website and shows only a minor stylistic change, *i.e.,* changing "$" to "£" as the symbol for money.

25.    During the time that PayPal has owned and operated the *Honey* Website, the *Honey* Website explains to prospective *Honey* users that, if the user installs the *Honey* browser extension, whenever the user seeks to purchase an item through a vendor's website, the *Honey* browser extension will automatically search the Internet for the "best" coupons and discount codes, and will apply them to the *Honey* user's purchase to provide the *Honey* user with the lowest possible price; the *Honey* Website actively encourages *Honey* users to forgo

---

[3]    *See, ex rel.,* https://www.whois.com/whois/joinhoney.com

**5:25-cv-02850**
**SECOND AMENDED COMPLAINT FOR RECOVERY OF RESTITUTION – PAGE 5**

1  searching for coupons and discounts on their own, but instead to trust the *Honey*
2  browser extension to find and apply, "... the best one ...", to obtain for the *Honey*
3  user, "... the biggest savings ..."

4      26.    The words of the *Honey* Website, as of 24 February 2021, have
5  included:

6      "We search for the internet's **best** coupons

7      "Stop wasting time and money — Honey helps you find coupon codes
8      on 30,000+ sites.

9      "How it works

10     "1.    Add in Seconds

11     "It just takes a few clicks to add to your computer and it's 100% free.

12     "2.    Shop like normal

13     "We'll automatically look for codes when you shop on select sites.

14     "3.    We'll do the work.

15     "If we find working codes, we'll apply the one with **the biggest**
16     **savings** to your cart.

17     "30,000+ stores

18     "Whether you're ordering pizza, picking up shoes, or booking travel,
19     we'll look for coupons when you shop on thousands of sites.

20     "Automatic coupons

21     "Still looking for codes on your own? **We'll search for them so you**
22     **don't have to.** If we find working codes, we'll automatically apply
23     **the best one** to your cart.

24     " 'This **lazy online trick** actually saves you a ton of money.'

25     "... Honey members are getting ... 17.9% Average discount."

26

27

28

(*See,* Exhibit "D", *post.* [Emphasis added.])[4]

27.    The words of the *Honey* Website, as of 23 January 2025, appear to be identical in substance, except that the reference to "Honey" has been changed to "PayPal Honey".  (*See,* Exhibit "E", *post.*)[5]

28.    On the basis of the foregoing, Plaintiffs are informed and believe, and upon such information aver, that at all times relevant to this action, the above-quoted statements have been made to any person who accessed the *Honey* Website from the UK.

29.    At all times relevant, the *Honey* Website invited members of the public, including citizens and residents of the UK who are based within the UK, to "join" *Honey* by downloading the free *Honey* software browser extension.

30.    Plaintiffs, and each of them, and each member of the Plaintiff Class, are citizens and residents of the UK, and who are based within the UK, who downloaded the free *Honey* software browser extension from within the UK.

31.    Some Plaintiffs may have downloaded the *Honey* browser extension prior to reaching the age of majority; all Plaintiffs are now at least eighteen (18) years of age.

32.    Each Plaintiff, and each member of the Plaintiff Class, provided his or her e-mail through the *Honey* Website.

33.    Upon providing his or her e-mail through the *Honey* Website, each Plaintiff, and each member of the Plaintiff Class, received an e-mail which prominently stated: "If there's a better price, we'll find it." (*See,* Exhibit "F", *post.*)

---

[4]    *See:*   https://web.archive.org/web/20210224210826/https://www.joinhoney.com/

[5]    *See:* www.joinhoney.com/

34.    Each Plaintiff trusted the *Honey* software browser extension to do exactly what Defendants had promised it would do, *viz.:*

> "... search for the internet's best coupons ... [to] automatically look for codes when ... [Plaintiffs] shop[ed] on select sites ... [to] do the work ... [and] ... [i]f [Defendants] find working codes, ... apply the one with the biggest savings ... [to] search for them so [Plaintiffs] don't have to ... [and to] automatically apply the best ... [working codes found] to [Plaintiffs'] cart."

(*Cf.:* Exhibits "D", "E", *post.*)

35.    After downloading the *Honey* software browser extension, each Plaintiff, and each member of the Plaintiff Class, purchased items over the Internet, and clicked on the *Honey* button to have PayPal search for and apply the "best" coupons or discount codes (*i.e.,* "... the best one ...", to obtain, "... the biggest savings ..."). (*Cf.:* Exhibits "D", "E", *post.*)

36.    On at least some occasions, each Plaintiff, and each member of the Plaintiff Class, did not receive the "best" coupons or discount codes because Defendants had agreements with many vendors pursuant to which Defendants would ***not*** find and apply the "best" coupons or discount codes; Plaintiffs as yet have no information as to the number of purchase transactions in which this occurred.

37.    Defendants refer to these vendors as, "Partners", and have published a Partner "FAQ" (Frequently Asked Questions) page for "Partners" and prospective "Partners" which appears to state that the "Partner" vendors input codes to the *Honey* business which need not be the lowest prices available; the Partner FAQ Page states, *inter alia:*

**"16.    How do I add/remove codes on the Honey platform?**

"As a partner, you have control over the content hosted on the Honey platform. Simply reach out to your Honey Partnerships Team to update the codes and promotions currently being hosted. Should you not have a partnerships team, please reach out to **merchantsupport@joinhoney.com** who will connect you with the appropriate team."[6]

38.    The above-quoted Partner FAQ 16 was present as recently as 23 January 2025, at URL: https://get.joinhoney.com/business/faq/ (*See,* Exhibit "G", *post.*)

39.    Because the Partner "FAQ" (Frequently Asked Questions) page is designated for "business" (*i.e.,* for "Partners" and prospective "Partners") it would not be encountered by consumers.  In fact it is concealed from consumers, as follows: The Partner "FAQ" (Frequently Asked Questions) page is accessed by clicking on the words, "For Affiliates" at the bottom of the home page at joinhoney.com, and then clicking on "Partner Hub" at the top of the "Partner" page, and then "FAQ" under the heading, "Resources".

40.    A commentator who has investigated the Honey business has credibly described the Honey business model to consumers as follows:

"Even if Honey knows of a coupon code that offers, say, 20% off, but a Partnering store tells them, 'Hey: only share a 5% off coupon'", then that's the only discount Honey will apply to your cart at the checkout page. ... Honey wasn't finding you the best deals possible. They were intentionally withholding them from you for their own financial gain. ... For years, they sold you the lie that they would find you every working coupon code on the Internet, and apply the best

---

[6]     *See, ex rel.,* Snopes, at https://archive.ph/WFzvM

one to your cart, but, nope: complete and utter lie. They have
literally been feeding you coupon codes that were approved by the
Partner stores, who were paying them. ... [O]n one hand, Honey has
appealed to consumers by promising to find the best deals possible,
but on the other hand, they appeal to businesses claiming that
Honey helps prevent consumers from finding the best deals."

(*See,* https://www.youtube.com/watch?v=vc4yL3YTwWk at to 18:29 to 19:28.)

41.    Plaintiffs are informed and believe, and thereupon aver, that on at
least some occasions, each Plaintiff, and each member of the Plaintiff Class, paid
more for an item than he or she would have paid if he or she knew that the *Honey*
browser extension did not actually search for the "best" coupons or discount codes
(*i.e.,* "... the best one ...", to obtain, "... the biggest savings ..."); each Plaintiff, and
each member of the Plaintiff Class, has therefore lost money or property as a
direct and proximate result of Defendants' conduct as described herein; the loss
would be equal to the difference between: (a) the price actually paid by the
Plaintiff or Class Member (on the one hand), and (b) the lower price which would
have been paid if the *Honey* browser extension had actually sought out and
applied the most favorable publicly-available coupons or discount codes (on the
other hand).

42.    Plaintiffs are informed and believe, and thereupon aver, that
pursuant to Defendants' agreements with their "Partner" vendors, Defendants
received monetary compensation each time any Plaintiff, and each time any
member of the Plaintiff Class, made a purchase on each of the occasions described
in the preceding Paragraph; thus, Plaintiffs and the Members of the Plaintiff
Class paid Defendants for the *Honey* browser extension indirectly, with their
funds first paid over to the "Partner" vendors as a part of each purchase price

paid, and a portion thereof being paid by the "Partner" vendors to Defendants. The Partner "FAQ" (Frequently Asked Questions), at Question 3, reads:

**"3.    What does it cost to partner with Honey?**

"Honey requires a minimum of a 3% commission in order to partner with us which is applied to each purchase a member makes on your site. ..."

43.    None of the Plaintiffs had any knowledge that the *Honey* browser extension did not actually search for the "best" coupons or discount codes (*i.e.,* "... the best one ...", to obtain, "... the biggest savings ..."), or of the above-referenced agreements between Defendants and certain, "Partners"; nor could any *Honey* user have discovered these facts in the exercise of reasonable diligence, until the very end of 2024, when the PayPal *Honey* "scam" was exposed by media reports.

44.    Plaintiffs bring this action on behalf of themselves, and on behalf of all others similarly situated, as a class action.  While Plaintiffs as yet have no information as to the number of persons within Plaintiff's proposed class definition, the class which Plaintiffs seek to represent is composed of and defined as follows:

**<u>Class Definition:</u>**

All citizens and residents of the UK who downloaded the *Honey* browser extension within the UK, and who, at any time after 1 January 2020, used the *Honey* browser extension to seek the "best" discount codes and coupons, and purchased an item but did not receive the lowest available price when they purchased an item because of an agreement between Defendants and one or more of their "Partner" vendors which allowed the "Partner" vendors to have control over which otherwise-available coupons and discount codes

would be located and applied through the *Honey* browser extension.

**<u>Exclusions from the Class:</u>**

Excluded from membership in any class certified herein shall be: (a) any judicial officer who exercises any authority over the above-captioned civil action; (b) any employee of any court which exercises any authority over the above-captioned civil action; and (c) Plaintiffs' undersigned counsel and any employee of same.

45.    This action has been brought and may properly be maintained as a class action because there is a well-defined community of interest in the litigation and the proposed class is ascertainable.

46.    Plaintiffs are unaware of any difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

**FIRST LEGAL THEORY**
**(unfair competition, Bus. & Prof. Code, §§ 17200, *et seq.*)**
**(by Plaintiffs and the Plaintiff Class against Defendants, Science and PayPal, and DOES 1 through 50)**

47.    The averments contained in paragraphs 1 through 46 hereof are incorporated herein by reference.

48.    At some point in time in or after January of 2020, PayPal became a member and/or manager of Science.

49.    Plaintiffs are informed and believe, and thereupon aver, that PayPal and Science have been jointly operating the *Honey* business; the exact role performed by Science in the operation of the *Honey* business is as yet unknown to Plaintiffs.

50.    PayPal and Science were investigated by the Better Business Bureau in relation to the following express and implied claims:

"Express claim:

"•    'With just a single click, Honey will find every working code on the internet and apply the best one to your cart.'

"Implied claims:

"•    Without exception, Honey offers its users access to every single working promo code that is available on the internet – including codes offered on an exclusive basis by RetailMeNot.com or other online businesses.

"•    Because Honey provides users with access to every working promo code on the internet, consumers need never look elsewhere to find separate, relevant codes."

(*See,* Exhibit "H", *post,* found at:

https://bbbprograms.org/media/newsroom/decisions/nad-honey-science-coupon-claims )

51.    According to the Better Business Bureau, on or about 21 July 2020: "The advertiser [*i.e.,* PayPal and Science] informed ... [the Better Business Bureau] in writing that ... it was in the process of discontinuing the challenged claims for business reasons. Without an admission of wrongdoing, related to this challenge or otherwise, the advertiser [*i.e.,* PayPal and Science] **agreed to permanently discontinue the challenged claims.** Relying on the advertiser's representations, ... [the Better Business Bureau] did not review these claims on the merits."

(*See,* Exhibit "H", *post.* [Emphasis added.])

52.    The content of the *Honey* Website at Exhibits "D" and "E", *post,* as quoted at Paragraphs 26 and 34, *supra* (dated 24 February 2021, and 23 January

2025, respectively), establish that Defendants' promise to "discontinue the challenged claims" was made for a purpose of evasion, *i.e,* to persuade the Better Business Bureau to abandon its investigation in exchange for a false promise, that was never kept.

53.    PayPal's public statements on the *Honey* Website (as quoted above), in conjunction with its above-described agreements with some of its Partner vendors, constitutes conduct likely to deceive the public, and is therefore fraudulent, for purposes of the Unfair Competition Law.  (Each Plaintiff was actually deceived.)

54.    PayPal's public statements on the *Honey* Website (as quoted above), in conjunction with its above-described agreements with some of its Partner vendors, is unfair, for purposes of the Unfair Competition Law, because it offends established public policy, and also because that practice is immoral, unethical, oppressive, unscrupulous and substantially injurious to consumers.

55.    PayPal's public statements on the *Honey* Website (as quoted above), all of which were made and disseminated from within the State of California, are unlawful for purposes of the Unfair Competition Law, because they have been made and disseminated in contravention of Business and Professions Code section 17500.

56.    If Plaintiffs and the Plaintiff Class had known that PayPal would not perform the promises PayPal publishes on the *Honey* Website, they would not have downloaded or used the *Honey* browser extension – because the only rationale any person could ever have to download or use the *Honey* browser extension would be to obtain the thorough and honest search for the "best" coupons or discount codes (and therefore "the biggest savings") which was promised by PayPal.

57.    Each Plaintiff and each member of the Plaintiff Class thus surrendered more in their purchase transactions than they would have in the absence of the above-described unfair competition.

58.    Each Plaintiff and each member of the Plaintiff Class has lost money and/or property as a direct and proximate result of the above-described unfair competition; Plaintiffs as yet have no information as to the magnitude of the losses sustained by the Class Members individually or collectively.

59.    The facts set forth hereinabove establish that Plaintiffs and the members of the Plaintiff  Class are entitled to judgment over and against Defendants, Science and PayPal, and DOES 1 through 50, jointly and severally, awarding monetary restitution for all money and property lost by Plaintiffs and the members of the Plaintiff Class as a result of the above-described unfair competition.

WHEREFORE, Plaintiffs and the Plaintiff Class request relief as set forth hereinbelow.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs and the Plaintiff Class request the following relief:

a.    judgment over and against Defendants, Honey and PayPal, and DOES 1 through 50, jointly and severally, awarding monetary restitution of money and property lost by Plaintiffs and the members of the Plaintiff Class as a result of the above-described unfair competition, *viz.:* the difference between: (a) the price actually paid by the Plaintiff or Class Member (on the one hand), and (b) the lower price which would have been paid if the *Honey* browser extension had actually sought out and applied the most favorable publicly-

available coupons or discount codes (on the other hand).

Dated: 2 September 2025            Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652


_____/s/ David J. Gallo_____
By:    David J. Gallo,
        California Bar No. 127722
        Attorneys for all Plaintiffs

[COMPLAINT -- 2ndAC.wpd]

**5:25-cv-02850**
**SECOND AMENDED COMPLAINT FOR RECOVERY OF RESTITUTION – PAGE 16**

# Exhibit "A"

https://www.joinhoney.com/

15,469 capt
16 Nov 2012 - 22

NOV DEC JAN
20
2018 2019



# How it works



**Install** in Seconds

Takes just two clicks and it's 100% free.



**Shop** like Normal

We'll find every working promo code online.



**Save** Instantly

We'll apply the code with the biggest savings.

# Save at thousands of stores

From clothes to pizza, pay less for the things you're already buying online.









NORDSTROM　　SEPHORA　　bloomingdales　

　FOREVER 21　

Exhibit Page 018

Exhibit Page 018



Crate&Barrel



# It's basically free money.

## - TIME

**Add Honey – It's Free**


"Forget about Googling coupon codes."


"It's kind of a no-brainer."


"Use Honey to save money on Amazon purchases."

**Google**
Chrome Store
Web Editor's Pick

**BUSINESS INSIDER**
"Become a coupon pro with Honey."

Help    Careers    Press    Blog    Privacy    Copyright    Terms

  

# Exhibit "B"

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# FORM 10-K

---

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2019.

OR

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the Transition Period from        to        .

Commission file number 001-36859

---

# PayPal Holdings, Inc.

(Exact Name of Registrant as Specified in Its Charter)

---

| | | |
|---|---|---|
| **Delaware** | | **47-2989869** |
| (State or Other Jurisdiction of Incorporation or Organization) | | (I.R.S. Employer Identification No.) |
| **2211 North First Street** | **San Jose,    California** | **95131** |
| (Address of Principal Executive Offices) | | (Zip Code) |

(408) 967-1000

(Registrant's telephone number, including area code)

---

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.0001 par value per share | PYPL | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Securities Exchange Act of 1934:
None

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. :

| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ |
|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐  No ☒

As of June 28, 2019, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $134.5 billion based on the closing sale price as reported on the NASDAQ Global Select Market.

As of January 31, 2020, there were 1,172,955,485 shares of common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive proxy statement for its 2020 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein. Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended **Exhibit Page 021**

Table of Contents

*Liquidity for Credit Portfolio Growth*

Growth in the portfolio of loan receivables increases our liquidity needs, and any failure to meet those liquidity needs could adversely affect our business. We continue to evaluate partnerships and third party sources of funding for our credit portfolio. In June 2018, the Luxembourg Commission de Surveillance du Secteur Financier (the "CSSF") agreed that PayPal's management may designate up to 35% of European customer balances held in our Luxembourg banking subsidiary to be used for European and U.S. credit activities. During the year ended December 31, 2019, an additional amount of $500 million was designated by management to fund such credit activities. As of December 31, 2019, the cumulative amount approved by management to be designated for credit activities aggregated to $2.0 billion and represented approximately 31% of European customer balances potentially available for corporate use by us at that date as determined by applying financial regulations maintained by the CSSF. We may periodically seek to designate additional amounts of customer balances, if necessary, based on utilization of the approved funds and anticipated credit funding requirements. Our objective is to expand the availability of our credit products with capital from external sources, although there can be no assurance that we will be successful in achieving that goal. Under certain exceptional circumstances, corporate liquidity could be called upon to meet our obligations related to our European customer balances.

*Credit Ratings*

As of December 31, 2019, we continue to be rated investment grade by Standard and Poor's Financial Services, LLC and Fitch Ratings, Inc. We expect that these credit rating agencies will continue to monitor our performance, including our capital structure and results of operations. Our goal is to be rated investment grade, but as circumstances change, there are factors that could result in our credit ratings being downgraded or put on a watch list for possible downgrading. If that were to occur, it could increase our borrowing rates, including the interest rate on loans under our credit agreements.

*Risk of Loss*

The risk of losses from our buyer and seller protection programs are specific to individual customers, merchants, and transactions, and may also be impacted by regional variations in, and changes or modifications to, the programs, including as a result of changes in regulatory requirements. For the periods presented in these consolidated financial statements included in this report, our transaction loss rates ranged between 0.15% and 0.18% of TPV. Historical loss rates may not be indicative of future results.

*Stock Repurchases and Acquisitions*

During the year ended December 31, 2019, we repurchased approximately $1.4 billion of our common stock, including approximately $656 million in the open market and approximately $750 million pursuant to the accelerated share repurchase agreement under our stock repurchase program authorized in April 2017. As of December 31, 2019, a total of approximately $68 million and $10 billion remained available for future repurchases of our common stock under our April 2017 and July 2018 stock repurchase programs, respectively. For additional information, see "Note 14—Stock Repurchase Programs" to our consolidated financial statements included elsewhere in this Annual Report on Form 10-K.

In January 2020, we completed our acquisition of Honey Science Corporation ("Honey") for approximately $3.6 billion in cash and approximately $400 million in restricted stock, subject to vesting conditions. We believe our acquisition of Honey will enhance our value proposition by allowing us to further simplify and personalize shopping experiences for consumers while driving conversion and increasing consumer engagement and sales for merchants.

*Other Considerations*

Our liquidity, access to capital, and borrowing costs could be adversely impacted by declines in our credit rating, our financial performance, and global credit market conditions, as well as a broad range of other factors. In addition, our liquidity, access to capital, and borrowing costs could also be negatively impacted by the outcome of any of the legal or regulatory proceedings to which we are a party. See "Item 1A. Risk Factors—*Risk Factors That May Affect Our Business, Results of Operations, and Financial Condition*" and "Note 13—Commitments and Contingencies" to our consolidated financial statements included elsewhere in this Annual Report on Form 10-K for additional discussion of these and other risks facing our business.

We believe that our existing cash, cash equivalents and investments, cash expected to be generated from operations, and our expected access to capital markets, together with potential external funding through third party sources, will be sufficient to fund our operating activities, anticipated capital expenditures, and our credit products for the foreseeable future. Depending on market conditions, we may from time to time issue debt, including in private or public offerings, to fund our operating activities, finance acquisitions, make strategic investments, repurchase shares under our share repurchase programs, or reduce our cost of capital.

# Exhibit "C"



# joinhoney.com

Updated 1 second ago ↻

## Domain Information

| | |
|---|---|
| Domain: | joinhoney.com |
| Registrar: | MarkMonitor Inc. |
| Registered On: | 2012-10-19 |
| Expires On: | 2029-10-19 |
| Updated On: | 2021-03-16 |
| Status: | clientDeleteProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ns-cloud-b1.googledomains.com<br>ns-cloud-b2.googledomains.com<br>ns-cloud-b3.googledomains.com<br>ns-cloud-b4.googledomains.com |

## Registrant Contact

| | |
|---|---|
| Organization: | PayPal Inc. |
| State: | CA |
| Country: | US |
| Email: | Select Request Email Form at<br>https://domains.markmonitor.com/whois/joinhoney.com |

## Administrative Contact

| | |
|---|---|
| Organization: | PayPal Inc. |
| State: | CA |
| Country: | US |
| Email: | Select Request Email Form at<br>https://domains.markmonitor.com/whois/joinhoney.com |

## Technical Contact

| | |
|---|---|
| Organization: | PayPal Inc. |
| State: | CA |
| Country: | US |
| Email: | Select Request Email Form at<br>https://domains.markmonitor.com/whois/joinhoney.com |

## Raw Whois Data

```
Domain Name: joinhoney.com
Registry Domain ID: 1753224556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2024-08-02T02:17:33+0000
Creation Date: 2012-10-19T07:13:58+0000
Registrar Registration Expiration Date: 2029-10-19T07:13:58+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2086851750
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhib
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: PayPal Inc.
Registrant State/Province: CA
Registrant Country: US
```

Exhibit Page 024

Exhibit Page 024

```
Domain Name: joinhoney.com
Registry Domain ID: 1753224556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2024-08-02T02:17:33+0000
Creation Date: 2012-10-19T07:13:58+0000
Registrar Registration Expiration Date: 2029-10-19T07:13:58+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2086851750
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhib
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: PayPal Inc.
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Select Request Email Form at https://domains.markmonitor.com/whois/jo
Admin Organization: PayPal Inc.
Admin State/Province: CA
Admin Country: US
Admin Email: Select Request Email Form at https://domains.markmonitor.com/whois/joinhon
Tech Organization: PayPal Inc.
Tech State/Province: CA
Tech Country: US
Tech Email: Select Request Email Form at https://domains.markmonitor.com/whois/joinhone
Name Server: ns-cloud-b1.googledomains.com
Name Server: ns-cloud-b3.googledomains.com
Name Server: ns-cloud-b4.googledomains.com
Name Server: ns-cloud-b2.googledomains.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2025-01-21T01:50:03+0000 <<<

For more information on WHOIS status codes, please visit:
  https://www.icann.org/resources/pages/epp-status-codes

If you wish to contact this domain's Registrant, Administrative, or Technical
contact, and such email address is not visible above, you may do so via our web
form, pursuant to ICANN's Temporary Specification. To verify that you are not a
robot, please enter your email address to receive a link to a page that
facilitates email communication with the relevant contact(s).

Web-based WHOIS:
  https://domains.markmonitor.com/whois

If you have a legitimate interest in viewing the non-public WHOIS details, send
your request and the reasons for your request to whoisrequest@markmonitor.com
and specify the domain name in the subject line. We will review that request and
may ask for supporting documentation and explanation.

The data in MarkMonitor's WHOIS database is provided for information purposes,
and to assist persons in obtaining information about or related to a domain
name's registration record. While MarkMonitor believes the data to be accurate,
the data is provided "as is" with no guarantee or warranties regarding its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
  (1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
  (2) enable high volume, automated, or electronic processes that send queries,
data, or email to MarkMonitor (or its systems) or the domain name contacts (or
its systems).

MarkMonitor reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by this policy.

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
--
```

# Exhibit "D"

# honey

Log in

# We search for the internet's best coupons

Stop wasting time and money — Honey helps you find coupon codes on 30,000+ sites.

**Add Honey - undefined**

**141,786** Chrome Store reviews
**17 million** members and counting



**cart**

Slim perfect T-shirt in stripe

White Sneaker

Mustard Jogger Pants

**Coupons Found!**

Coupon codes                    9

**Apply coupons**

# How it works

### 1. Add in Seconds
It just takes a few clicks to add computer and it's 100% free.

### 2. Shop Like Normal
We'll automatically look for cod you shop on select sites.

### 3. We'll do the work
If we find working codes, we'll a one with the biggest savings to cart.

https://www.joinhoney.com/    Go

15,470 captur
16 Nov 2012 - 23

Case 5:25-cv-02850-PCP    Document 58    Filed 09/02/25    Page 28 of 45

JAN FEB MAR

2020 2021 2022

  

# 30,000+ stores

Whether you're ordering pizza, picking up shoes, or booking travel, we'll look for coupons when you shop on thousands of sites.

THE EXTENSION

# Automatic coupons

Still looking for codes on your own? We'll search for them so you don't have to. If we find working codes, we'll automatically apply the best one to your cart.

THE PRICE TRACKER

# Droplist

Have an item you're not ready to buy? Add it to Droplist. If we detect a price drop at that store, we'll notify you.

https://www.joinhoney.com/    Go

15,470 captur
19 Nov 2012 - 23

Case 5:25-cv-02850-PCP    Document 58    Filed 09/02/25    Page 29

JAN   FEB   MAR
24
2020   2021   2022

About this capture

HONEY ON AMAZON

# Want better Amazon prices?

We compare sellers for you — even factoring in shipping and Prime status. Throw in price tracking and price history tools for more chances to save.

*Note: Amazon and Honey are not affiliated.*

# "This lazy online trick actually saves you a ton of money."



○ ● ○ ○ ○

## What Honey members are getting:

| $126 | 30,000+ | 17.9% |
|---|---|---|
| Yearly Average Savings | Participating Merchants | Average Discount |

*All Honey data pre... ...on as of Q2 2020.*

# Too good to pass up, right? Start saving now.

Add Honey - undefined

## Company

About

Help

Careers

News

Blog

Media

## Product

Droplist

Amazon Badge

Honey Gold

## Legal

Privacy

Copyright

Patents

Terms

Ad Disclosure

E-Communication

## Follow Us

Facebook

Twitter

Instagram

Pinterest

## Get the App

Download on the App Store

GET IT ON Google Play

Google Play and the Google Play logo are trademarks of Google Inc.
Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries.

© 2021 Honey Science LLC
Honey is now part of the PayPal family. Learn more here.

United States    |    English

# Exhibit "E"



Log in

# We search for the internet's best coupons

Stop wasting time and money — PayPal Honey helps you find coupon codes on 30,000+ sites.

**Add to Chrome — It's Free**

★ ★ ★ ★ ★  **141,786** Chrome Store reviews
**17 million** members and counting



# How it works

### 1. Add in Seconds
It just takes a few clicks to add to your computer and it's 100% free.

### 2. Shop Like Normal
We'll automatically look for codes when you shop on select sites.

### 3. We'll do the work
If we find working codes, we'll apply the one with the biggest savings to your cart.

**Exhibit Page 032**

**Exhibit Page 032**

## 30,000+ stores

Whether you're ordering pizza, picking up shoes, or booking travel,
we'll look for coupons when you shop on thousands of sites.

    

    

**THE EXTENSION**

# Automatic coupons

Still looking for codes on your own? We'll search for them so you don't have to. If we find working codes, we'll automatically apply the best one to your cart.





**THE REWARD PROGRAM**

# Honey Gold

Everybody knows Honey finds automatic coupons. But thanks to Honey Gold, you can earn gift cards too. It's the loyalty program where you spend less and score big.

Exhibit Page 033

Exhibit Page 033



THE PRICE TRACKER

# Droplist

Have an item you're not ready to buy? Add it to Droplist. If we detect a price drop at that store, we'll notify you.

**Savings from your Droplist.**

Amazon

Nintendo Switch - Neon Blue & Neon Red

£298.99
£279.00

## "Install the Honey browser extension, which works on several prominent travel sites."

TIME        BUSINESS INSIDER        The New York Times        BuzzFeed

## What Honey members are getting:

**£102 Yearly Average Savings**

**30,000+ Participating Merchants**

**17.9% Average Discount**

All Honey data presented is based on internal information as of Q2 2020.

Exhibit Page 034

Exhibit Page 034

# Too good to pass up, right? Start saving now.

Add to Chrome — It's Free

## Company

About

Help

Careers

News

Blog

Media

## Product

Droplist

Amazon Badge

Honey Gold

For Affiliates

## Legal

Privacy

Copyright

Patents

Terms

Ad Disclosure

Accessibility

Cookies

## Follow Us

Facebook

Twitter

Instagram

Pinterest

## Get the App

Download on the App Store

GET IT ON Google Play

*Google Play and the Google Play logo are trademarks of Google Inc.*
*Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries.*

© 2025 Honey Science LLC
Honey is now part of the PayPal family. Learn more here.

United Kingdom | English

# Exhibit "F"

## Fwd: Welcome to Honey!

From: ███████████████████████

To: djgsan@aol.com

Date: Tuesday, January 28, 2025 at 03:25 PM PST

████████

---------- Forwarded message ---------
From: **Honey** <honey@joinhoney.com>
Date: Sat, 21 Mar 2020, 10:52
Subject: Welcome to Honey!
To: ███████████████





We believe everyone deserves equal access to value. It doesn't matter who you are or where you're from.

Our 10 million members have already saved more than a billion dollars. Now it's your turn to enjoy all the perks of membership.



### Never search for coupon codes again.

Honey automatically applies promo codes on over 20,000 popular sites.



### Never miss another deal.

Add products from your favorite stores to **Droplist** and we'll email you the instant prices drop.



### Earn Honey Gold.

Whenever you shop on thousands of participating sites, you'll earn **Honey Gold** which you can redeem for gift cards.

**Get Started with Honey**

From your friends at Honey.
963 E. 4th Street, Los Angeles, CA 90013

Facebook    Twitter    Instagram    Pinterest

# Exhibit "G"



# Frequently Asked Questions

## Getting Started with Honey

**1. What is Honey's reach?**

Honey currently has 30M+ members globally, with 5.6M in the EU, 2.9M in the UK, 2.7M in Canada and 1.7M in Australia.

Honey is available for members globally, and our loyalty component Honey Gold is live in the following 16 countries: US, UK, AU, CA, IN, DE, ES, FR, IT, NL, IE, AT, BE, FI, PT, and SE.

Our search and discovery platform joinhoney.com attracts 20M+ visits globally per month, with 5.2M visits in the EU, 2.7M visits in the UK, 2.5M visits in Canada, and 1.2M visits in Australia.

**2. How does Honey partner with merchants?**

We partner with brands via Affiliate Networks to help confirm user purchases, and we get a commission for driving those sales. Working with an Affiliate Network is a requirement to optimize with Honey - please see below for additional details.

**3. What does it cost to partner with Honey?**

Honey requires a minimum of a 3% commission in order to partner with us which is applied to each purchase a member makes on your site. Honey requires a minimum of a 5% commission in order to for us to enable Honey Gold on purchases members make on your site. Remember, all opportunities with Honey are performance-based, so commission is only paid to Honey when a transaction occurs, so ROIs will always be positive.

**4. What is affiliate marketing?**

Affiliate Marketing is a performance-based advertising model, where an external partner is leveraged in order to promote the brand with the end goal of driving sales.

**5. Which affiliate networks are integrated with Honey?**

- Adcell
- Afilio
- Affiliate Future
- Avantlink
- Awin
- Commission Junction
- Commission Factory
- Glopss
- Impact
- Involve Asia
- Kwanko
- LinkConnector
- Optimise
- Partnernize
- Pepperjam
- Rakuten
- ShareASale
- Shopify
- TradeDoubler
- TradeTracker
- Tune / Hasoffers
- vCommission
- WebGains

Exhibit Page 040

6. **If I'm already joined to an affiliate network, what's next?**

If you're already joined to one of the affiliate networks mentioned above, simply offer program terms to Honey in the affiliate network. This will begin the process of establishing an active partnership. From there, someone from Honey will contact you to get started. Once Honey has accepted your affiliate network partnership offer, we will generate a store page for your brand on joinhoney.com and begin posting savings for your store. Get started here.

7. **How long will the integration take for our store to go live on Honey?**

Currently there is a queue of stores waiting for the integration required to get live on Honey. This process may take a few weeks, but rest assured our team will be in touch with you once your store page is live.

8. **I've partnered with Honey. What should I do to get the most out of the platform?**

* **Make sure you have a Honey Branded Code shared with Honey**

A Honey Branded Code is simple vanity code with the term "HONEY" in it. The goal here is to allow the shopper to check out with confidence - even if the discount isn't large, there will always be a code available. Merchants that host Honey branded codes see an average of 5% higher conversion rates and 6% higher average order values – which can result in up to a 10% revenue increase. To participate, create and email over a vanity code that includes the term "HONEY" – for example, "HONEY10". Include a description, any exclusions, and an expiration date (we recommend a minimum of 90 days, but the longer the better!).

* **Offer your shoppers Honey Gold**

Honey Gold is presented to users as a points bonus in a range that is based on our effective commission rate. Members are given the opportunity to earn 1% - X% of their purchase. Honey Gold is dynamic and the reward members receive is based on chance. Our partners love this feature because it resonates well with our millennial shoppers and incentivizes them to checkout with confidence. We require an effective commission rate of 5% or greater to enable Honey Gold.

* **Keeping your store page up to date on joinhoney.com**

Joinhoney.com is quickly becoming a premier savings destination. The website serves as a search and discovery platform for new stores and products and sees over 20M+ visits each month! As a partner, your brand will have a store page on JoinHoney.com. To keep the content up to date, be sure to update your offers and promotions in the Affiliate Network platform or ForMeToCoupon (www.FMTC.co).

## Optimizing with Honey

9. **What paid placement opportunities are available?**

We don't currently offer bookable on-site placements, but our team are always looking for opportunities to connect our merchants with our members. For now, the best way to do this is to optimise via offering branded codes and by engaging in our loyalty program, Honey Gold.

10. **What is Honey Gold?**

Honey Gold is our points-based loyalty program that turns passive shoppers into active buyers by giving our members the opportunity to earn points back on their purchases, which can then be built up over time and exchanged through Honey for gift vouchers. It's a gamified experience where shoppers can earn 1–X% back on their orders (X = our commission rate). Honey Gold works to strengthen brand loyalty, resulting in increased conversion rates.  Learn more about Honey Gold here.

11. **Can we optimize with Honey through a commission increase?**

We would love to work more closely with your brand through a commission increase! This would enable us to offer a higher and stronger rate of Honey Gold loyalty for our members.

Honey Gold increases are a great way to boost KPIs such as revenue, conversion rate and average order value due to the higher points earning potential available for members. They are more likely to go ahead and complete their checkout with this added incentive.

To go ahead, simply serve the commission increase through your affiliate network and Honey Gold will update automatically.

**Exhibit Page 041**

Exhibit Page 041

**12. How do I adjust my Honey Gold rate?**

To adjust your Honey Gold rate, simply update your commission rate in the Affiliate Network.

**13. How can we get Honey Gold loyalty live?**

Honey Gold automatically activates for partners who offer an average commission rate of 5% or greater.

If you are not currently offering a 5% commission and would like to enable Honey Gold, please send the offer through the network and respond to this email. To run increased rates of Honey Gold upwards of 5% to further incentivize purchases, simply serve the new rate in the network and Honey Gold will update automatically.

**14. How much is 1,000 Honey Gold points worth?**

Currently, 1,000 Honey Gold points can be redeemed for a $10 USD ($10 AUD, €10 EUR, £10 GBP) card at select stores.

**15. How do I update my store page on joinhoney.com**

Joinhoney.com is quickly becoming a premier savings destination. The website serves as a search and discovery platform for new stores and products and sees over 20M+ visits each month! As a partner, your brand will have a store page on JoinHoney.com. To keep the content up to date, be sure to update your offers and promotions in the Affiliate Network platform or ForMeToCoupon (www.FMTC.co).

**16. How do I add/remove codes on the Honey platform?**

As a partner, you have control over the content hosted on the Honey platform. Simply reach out to your Honey Partnerships Team to update the codes and promotions currently being hosted. Should you not have a partnerships team, please reach out to merchantsupport@joinhoney.com who will connect you with the appropriate team.

**17. Can we set up a Honey Branded Code?**

Definitely! Once created on your side, you can submit the Honey Branded Code details directly to our deals team through **this form** and the code will be scheduled to go live on Honey on your requested start date.

Please find below examples of Honey Branded Codes you can offer:

- A long term, sitewide offer that tends to perform best (**HONEY10** for 10% off)

- A code with a minimum spend threshold (**HONEY15** for 15% off $100)

- A code for free shipping (**HONEYFREESHIP**)

- A new customer only code (**HONEYNEW**)

**18. How quickly can codes go live?**

We aim to get codes live within 24 hours, however there can be delays during busy periods. You can keep an eye on your joinhoney.com store page to see when the code is live.

Alternatively, the Deals Team (**merchantsupport@joinhoney.com**) can schedule codes to go live at any requested start date.

**19. What exposure can we get from running a commission increase and/or an exclusive code?**

Whilst we do not book or guarantee exposure in favour of a more personalized and relevant member experience, running Honey Gold and Honey Branded Codes will increase your chances of featuring across our search and discovery site joinhoney.com and on our mobile app (currently live in US, UK, France, Italy, Spain, Netherlands, Germany, Portugal, Australia and Canada).

Joinhoney.com gets 20M+ visits globally and is entirely algorithm led based on which stores are performing and who is optimizing strongly with us and who is giving the most value.

# <u>Get</u> started with Honey today

Get Started

| npany | Products | Legal | Fol |
|---|---|---|---|
| ut | Honey Offers | Privacy | Fac |
| | Mobile App | Copyright | Tw |
| ers | Store Tips | Patents | Ins |
| s | Droplist | Terms | Pin |
| | Honey Gold | Ad Disclosure | |
| ia | Savings Finder | | |
| | Honey Branded Codes | | |
| | Smart Coupons | | |

19 Honey Science LLC
y is now part of the PayPal family. Learn more here.

# Exhibit "H"

**National Programs**

Our Programs    Media & Resources    National Partners    About    **File a Complaint**    🔍

Home / Media & Resources / Newsroom / Decision Summaries /

Honey Science LLC Discontinuing Claims for Online Coupon Code Aggregation Service as NAD Began Inqui

# Honey Science LLC Discontinuing Claims for Online Coupon Code Aggregation Service as NAD Began Inquiry

**For Immediate Release**

New York, NY – July 21, 2020 – Honey Science LLC (Honey) informed the National Advertising Division (NAD) that, prior to the opening of NAD's inquiry, it was in the process of discontinuing the express and implied claims brought in this challenge for business reasons. The advertiser's claims, including the claim that it provides consumers with access to "every working code on the internet," were challenged by RetailMeNot, Inc., provider of a competing online coupon code aggregation service.

The following claims served as the basis for NAD's inquiry:

Express claim:
- "With just a single click, Honey will find every working code on the internet and apply the best one to your cart."

Implied claims:
- Without exception, Honey offers its users access to every single working promo code that is available on the internet – including codes offered on an exclusive basis by RetailMeNot.com or other online businesses.
- Because Honey provides users with access to every working promo code on the internet, consumers need never look elsewhere to find separate, relevant codes.

The advertiser informed NAD in writing that, prior to the challenge, it was in the process of discontinuing the challenged claims for business reasons. Without an admission of wrongdoing, related to this challenge or otherwise, the advertiser agreed to permanently discontinue the challenged claims. Relying on the advertiser's representations, NAD did not review these claims on the merits.

In its advertiser's statement, Honey stated that it "appreciates the opportunity to participate in the self-regulatory process and thanks NAD for its time on this matter."

###

**About BBB National Programs:** ?BBB National Programs is where businesses turn to enhance consumer trust and consumers are heard. This?independent, non-profit organization?enhances?trust, innovation, and competition in the marketplace through the development and delivery of cost-effective, third-party self-regulation, dispute resolution, and accountability? programs.?BBB National Programs'?10 leading?industry self-regulation?and?dispute resolution?programs?resolve?business? issues of national and international importance, and?fosters?industry best practices in truth-in-advertising, child-directed marketing, data privacy, and dispute resolution.?To learn more about industry self-regulation,?visit?bbbprograms.org.? ⤢? ?
**About the National Advertising Division:** ?The?National Advertising Division (NAD),?a division of BBB National Programs,? provides?independent self-regulation?and dispute resolution services,?guiding?the truthfulness of advertising across the U.S.?NAD?reviews national advertising in all media and its decisions set consistent standards for?advertising?truth and accuracy, delivering meaningful protection to?consumers?and leveling the playing field for business.????

July 21, 2020