PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

RICHARD JACOBSEN (admitted pro hac vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendants
Honey Science, LLC and PayPal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, DANIEL JENKS-BERRYMAN, DECLAN LYNN, ADITHYA NARAYANAN, JAMES POAD, DAN SORAHAN, ALAN SUTCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC, a Delaware limited liability company, PAYPAL, INC., a Delaware corporation, and DOES 1 through 50<br><br>Defendants. | Case No. 5:25-cv-02850-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>Dept:   Courtroom 8, 4th Floor<br>Judge:  Hon. P. Casey Pitts |

On August 7, 2025, the Parties to the above-referenced action conducted their Case Management Conference whereby the Court directed that the Parties submit a joint case schedule within 28 days. On August 28, 2025, the Court dismissed Plaintiffs' First Amended Complaint with leave to amend. On September 2, 2025, Plaintiffs filed their Second Amended Complaint. Accordingly, the Parties, by and through their respective counsel of record, hereby propose the following case schedule:[1]

| Event | Proposal |
|---|---|
| Defendants' Motion to Dismiss Plaintiffs' Amended Complaint | Tuesday, 16 September 2025 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | Tuesday, 30 September 2025 |
| Defendants' Reply in Support of Motion to Dismiss | Tuesday, 7 October, 2025 |
| Complete ADR | Within 30 days of completion of dispositive motions |
| Amendments to Pleadings | Thursday, 4 June 2026 |
| Discovery Cutoff (subject to class certification) | Fact Discovery: 16 July, 2026<br>Expert Discovery: Monday, 12 October 2026 |
| Class Certification Motion Filing Deadline and any Supporting Expert Report(s) | Thursday, 16 July 2026 |
| Defendants' Response to Motion for Class Certification and any Supporting Expert Report(s) | Thursday, 10 September 2026 |
| Plaintiffs' Reply in Support of Motion for Class Certification | Thursday, 3 October 2026 |
| Hearing on Plaintiffs' Motion for Class Certification | Thursday, 19 November 2026 |
| Filing of Dispositive Motions | Thursday, 25 February 2027 |
| Opposition to Dispositive Motions | Thursday, 25 March 2027 |
| Replies in Support of Dispositive Motions | Thursday, 8 April 2027 |
| Hearing on Dispositive Motions | Thursday, 22 April 2027 |

---

[1] Defendants reserve the right to revisit this schedule to allow for litigation efficiencies following a ruling on their forthcoming motion to dismiss.

Additionally, the parties are in agreement as to the date and location of mediation and have agreed to collaboratively identify a mediator once the litigation is more proximate to the ADR date.

Dated: September 4, 2025

Respectfully submitted,

By: */s/ Clement S. Roberts*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415 773 5700

*Attorney for Defendants HONEY SCIENCE, LLC, and PAYPAL, INC.*

By: */s/ David J. Gallo*
David J. Gallo (SBN 127722)
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA 92014-3769
Telephone: (858) 509-3652

*Attorney for all Plaintiffs*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 4, 2025                                     /s/ *Clement S. Roberts*
                                                             Clement S. Roberts

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                                                  HONORABLE P. CASEY PITTS
                                                                  United States District Judge