UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HONEY SCIENCE, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-02850-PCP<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 62 |

Based on the Joint Case Management Statement and the discussions held at the August 7, 2025, Case Management Conference, the following schedule is set for this case:

**Deadlines**

| | |
|---|---|
| • Defendants' Motion to Dismiss Plaintiffs' Amended Complaint | Tuesday, September 16, 2025 |
| • Plaintiffs' Opposition to Defendants' Motion to Dismiss | Tuesday, September 30, 2025 |
| • Defendants' Reply in Support of Motion to Dismiss | Tuesday, October 7, 2025 |
| • Amendments to Pleadings | Thursday, June 4, 2026 |
| • Fact Discovery Cutoff | Thursday, July 16, 2026 |
| • Expert Discovery Cutoff | Monday, October 12, 2026 |
| • Class Certification Motion and any Supporting Expert Report(s) | Thursday, July 16, 2026 |

| | |
|---|---|
| • Defendants' Response to Motion for Class Certification and any Supporting Expert Report(s) | Thursday, September 10, 2026 |
| • Plaintiffs' Reply in Support of Motion for Class Certification | Thursday, October 3, 2026 |
| • Filing of Dispositive Motions | Thursday, February 25, 2027 |
| • Complete ADR | Thursday, February 25, 2027 |
| • Opposition to Dispositive Motions | Thursday, March 25, 2027 |
| • Replies in Support of Dispositive Motions | Thursday, April 8, 2027 |

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*ADR.* Within 14 days of this order, the parties shall file a stipulation identifying their chosen mediator on the Court form entitled "Stipulation and (Proposed) Order Selecting ADR Process."

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required

but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: September 10, 2025

P. Casey Pitts
United States District Judge

3