UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Campbell, et al.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>Honey Science LLC and PayPal, Inc.<br><br>　　　　　Defendant(s) | CASE No C 5:25-cv-02850-PCP<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
Hon. Thomas L. Willhite, Jr. (Ret.) if available. If Judge Willhite is not available, the parties will meet and confer.

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☒ other requested deadline: February 25, 2027

Date: September 24, 2025　　　　　/s/ David Gallo
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: September 24, 2025　　　　　/s/ Clement S. Roberts
　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that for the above ADR certification, all signatories listed concur in the filing's contents and have authorized the filing.

Dated: September 24, 2025                    */s/ Clement S. Roberts*