CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

RICHARD JACOBSEN (admitted pro hac vice)
MARC R. SHAPIRO (admitted pro hac vice)
rjacobsen@orrick.com
mshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

Attorneys for Defendants
Honey Science, LLC and PayPal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, DANIEL JENKS-BERRYMAN, DECLAN LYNN, ADITHYA NARAYANAN, JAMES POAD, DAN SORAHAN, ALAN SUTCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEY SCIENCE, LLC, a Delaware limited liability company, PAYPAL, INC., a Delaware corporation, and DOES 1 through 50<br><br>Defendants. | Case No. 5:25-cv-02850-PCP<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

**TO THE HONORABLE CASEY PITTS AND ALL PARTIES OF RECORD:**

On behalf of PayPal Inc. ("PayPal") and Honey Science, LLC ("Honey"), we write to advise the Court of a recent dismissal order issued by Judge Beth Freeman ("Judge Freeman") in a set of consolidated class actions that were brought by influencers (i.e., affiliate marketers) against PayPal. *See Wendover v. PayPal, Inc.*, Case No. 24-cv-9470, ECF No. 237 (N.D. Cal. Nov. 21, 2025), attached hereto as **Exhibit 1**. In that litigation, Influencer-Plaintiffs allege that PayPal (through its Honey Browser Extension) unlawfully diverted merchant-owed commissions. Judge Freeman dismissed the complaint for lack of Article III standing despite Plaintiffs (1) offering a representative sample of what happens when one Plaintiff's affiliate link is clicked and (2) providing a Monte Carlo simulation that projects a 97.2% probability that Honey secured a commission that would otherwise have gone to one of the Plaintiffs. Judge Freeman arrived at this conclusion because "Plaintiffs' theory at bottom amounts to no more than asking the Court to look at the state of the industry and guess as to how likely it is that PayPal has diverted commissions away from them." *Id.* at 6.

The UCL standing allegations in *Campbell* are even more deficient than the allegations in *Wendover*. The *Campbell* Plaintiffs have not offered either a representative sample or statistical probability they have suffered an economic injury. Indeed, they have not even alleged the incidence with which merchants supposedly replace their coupon codes, much less the frequency with which Plaintiffs purchased products from those merchants. Accordingly, the reasoning of *Wendover* applies with even greater force to the issue of UCL standing here.

1 | Dated: November 26, 2025

Respectfully submitted,

By: */s/ Clement S. Roberts*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759
croberts@orrick.com

*Attorney for Defendants HONEY SCIENCE, LLC, and PAYPAL, INC.*