

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

JUL 15 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:          26-4493
Originating Case Number:   5:25-cv-02850-PCP

Short Title:          Campbell, et al. v. Honey, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case.  If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:          26-4493
Originating Case Number:  5:25-cv-02850-PCP

Case Title:             Campbell, et al. v. Honey, et al.

**7/20/2026**

| | |
|---|---|
| Adithya Narayanan | Mediation Questionnaire due |
| Declan Lynn | Mediation Questionnaire due |
| Alan Sutch | Mediation Questionnaire due |
| Daniel Jenks-Berryman | Mediation Questionnaire due |
| Dan Sorahan | Mediation Questionnaire due |
| Tom Campbell | Mediation Questionnaire due |
| James Poad | Mediation Questionnaire due |

**7/27/2026**

| | |
|---|---|
| Declan Lynn | Appeal Transcript Order Due |
| Adithya Narayanan | Appeal Transcript Order Due |
| Tom Campbell | Appeal Transcript Order Due |
| Dan Sorahan | Appeal Transcript Order Due |
| James Poad | Appeal Transcript Order Due |
| Alan Sutch | Appeal Transcript Order Due |
| Daniel Jenks-Berryman | Appeal Transcript Order Due |

**8/26/2026**

| | |
|---|---|
| Alan Sutch | Appeal Transcript Due |

| | |
|---|---|
| Dan Sorahan | Appeal Transcript Due |
| Tom Campbell | Appeal Transcript Due |
| James Poad | Appeal Transcript Due |
| Adithya Narayanan | Appeal Transcript Due |
| Declan Lynn | Appeal Transcript Due |
| Daniel Jenks-Berryman | Appeal Transcript Due |

**10/5/2026**

| | |
|---|---|
| James Poad | Appeal Opening Brief Due |
| Declan Lynn | Appeal Opening Brief Due |
| Daniel Jenks-Berryman | Appeal Opening Brief Due |
| Tom Campbell | Appeal Opening Brief Due |
| Alan Sutch | Appeal Opening Brief Due |
| Dan Sorahan | Appeal Opening Brief Due |
| Adithya Narayanan | Appeal Opening Brief Due |

**11/4/2026**

| | |
|---|---|
| PayPal, Inc. | Appeal Answering Brief Due |
| Honey | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**